# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA<br>V.<br>**JESSIE ANTHONY PARKER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release)<br><br>CASE NUMBER: **1:03-CR-00119-001**<br>USM NUMBER: **08480-003** |
|---|---|
| **THE DEFENDANT:** | H. Chase Dearman, Esquire<br>**Defendant's Attorney** |

☐   admitted guilt to violation of supervision conditions __.

☒   was found in violation of supervision condition: <u>statutory condition as set forth in the petition dated 9/19/2013.</u>

| **Violation Number** | **Nature of Violation** | **Date violation Occurred** |
|---|---|---|
| Statutory | New Offense | 09/04/2013 |

    The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No.** <u>9707</u>

**Defendant's Date of Birth:** <u>1983</u>

**Defendant's Residence Address:**
<u>Mobile, AL</u>

**Defendant's Mailing Address:**

<u>October 16, 2013</u>
Date of Imposition of Judgment

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

<u>October 18, 2013</u>
Date

Defendant: **JESSIE ANTHONY PARKER**
Case Number: **1:03-CR-00119-001**

# IMPRISONMENT

 The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **NINETEEN (19) MONTHS**.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at ___ .m. on ___.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on ____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                         UNITED STATES MARSHAL

                       By _____
                          Deputy U.S. Marshal